E. J. Knothe, for use of Robert L. Leffingwell, appellant, v. J. H. Hartmann and H. E. Clyde, trading as The Foster Street Pharmacy, appellees. Gen. No. 25,296.

Action in garnishment. Judgment for defendants. Appeal from the Superior Court of Cook county; the Hon. John J. Sullivan, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1919. Affirmed. Opinion filed July 14, 1920.

Channing L. Sentz, for appellant. Winston, Strawn & Shaw, for appellees; John C. Slade and Harold Beacom, of counsel.

Mr. Justice Matchett delivered the opinion of the court.

---

R. C. Pott, appellant, v. Norwich Union Fire Insurance Society, Ltd., appellee. Gen. No. 25,311.

Action on policy of insurance of automobile for theft. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. Leo J. Doyle, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1919. Affirmed. Opinion filed July 14, 1920.

Samuel H. Gilbert, for appellant. Bates, Hicks & Folonie, for appellee.

Mr. Justice Matchett delivered the opinion of the court.

---

Vasa Ciganovich and Zora Zorich, appellees, v. Green River Distilling Company, appellant. Gen. No. 25,383.

Action to recover amount due on warehouse receipts for whisky. Judgment for plaintiffs. Appeal from the Municipal Court of Chicago; the Hon. John Richardson, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1919. Reversed and remanded. Opinion filed July 14, 1920.

Adams, Follansbee, Hawley & Shorey, for appellant; Mitchell D. Follansbee and John E. Gavin, of counsel. No appearance for appellees.

Mr. Justice Matchett delivered the opinion of the court.

---

## SECOND DISTRICT.

---

Gustaf A. Larson, administrator of estate of Gustaf A. Peterson, deceased, appellee, v. Chicago & Northwestern Railway Company, appellant. Gen. No. 6,751.

Action to recover for death caused by train at crossing. Judgment for plaintiff. Appeal from the Circuit Court of Lake county; the Hon. Claire C. Edwards, Judge, presiding. Heard in this court at the October term, 1919. Affirmed. Opinion filed April 21, 1920. Rehearing denied June 25, 1920.

Robert H. Widdicombe, E. R. Hart and Ira C. Belden, for appellant; A. A. McLaughlin, of counsel. Philip S. Brown, H. G. Colson and Harvey C. Coulson, for appellee; H. G. Colson, of counsel.

Mr. Presiding Justice Niehaus delivered the opinion of the court.